FILED

12/03/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0454

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0454

STATE OF MONTANA

Plaintiff and Appellee,

v.

BOBBY FRANCIS LOWRY,

Defendant and Appellant

**GRANT**

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until January 13, 2025, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 3 2024